UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CYNTHIA R. VALENTINE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:21-CV-05523-BAT<br><br><br><br>ORDER |

Based on the stipulation of the parties it is hereby ORDERED that the above- captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing and issue a new decision on the issue of disability prior to February 10, 2021;
- The ALJ will reevaluate and further develop the medical evidence of record;
- The ALJ will reevaluate steps two and three of the sequential evaluation process;
- The ALJ will reevaluate Plaintiff's alleged symptom complaints;
- The ALJ will reevaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p; and

Page 1     ORDER - [3:21-CV-05523-BAT]

- The ALJ will reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as needed;
- On remand, the case will be reassigned to a new ALJ.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 2nd day of June, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov